UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-40206 |
| Karen M. Lewis, | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | (Geneva) |
| Debtor. | ) | Hearing Date: September 8, 2017 |
| | ) | Hearing Time: 11:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:   Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:   December 22, 2016

Period for Which
Compensation is sought:   January 30, 2017 to Close of Case

Amount of Fees sought:   $1,250.00

Amount of Expense
Reimbursement sought:   $0.00

This is an:   Interim Application _____   Final Application  __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $0.00   .

Dated:  August 7, 2017         Elizabeth C. Berg, Trustee of the Estate of
              Karen M. Lewis, Debtor

              By:  ____/s/Elizabeth C. Berg, Trustee___
                Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-40206 |
| Karen M. Lewis, | ) | Honorable Janet S. Baer |
| | ) | (Geneva) |
| Debtor. | ) | Hearing Date: September 8, 2017 |
| | ) | Hearing Time: 11:00 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Karen M. Lewis, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of (1) $1,250.00 as final compensation for services rendered as trustee in this case from December 22, 2016 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1.   The Debtor commenced this case on December 22, 2016 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.   Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.   As of the commencement of this case, the primary assets of the Estate were Debtor's interest in monies due to her under a marital property settlement with her ex-husband, Debtor's 2016 income tax refund, the unencumbered non-exempt equity in an automobile and funds in a bank account ("Property").

4.   The bar date for filing non-governmental claims in this case was May 11, 2017 and the bar date for filing governmental claims was June 20, 2017.

**Prior Compensation and Expense Reimbursement**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

**Services Rendered by Trustee**

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

    B. Trustee researched and analyzed the estate's interest in monies due to the Debtor under a martial property settlement agreement with her ex-husband, her 2016 Tax Refund, and non-exempt equity in the debtor's vehicle and bank account. Trustee negotiated with the Debtor and ultimately reached an agreement to settle with the Debtor for $5,000.00. Trustee prepared a Report of Sale and collected funds in the amount of $5,000.00. Furthermore, Trustee also prepared her Final Report and this Final Fee Application;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.  Trustee examined, analyzed and verified all proofs of claim filed against the Estate; and

F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.  Trustee has collected the sum of $5,000.00 on behalf of the Estate. Trustee has made $15.00 in disbursements in this case as of the date hereof.

9.  Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.  During the period covered by this Application, Trustee spent 11.50 hours rendering services on behalf of this Estate with a value of $2,617.50. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11  The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,250.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| Total allowable compensation | $1,250.00 |

12.  Based upon the caliber of the services rendered by Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,250.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative expenses, as requested, Trustee anticipates that there will be funds available to make a distribution to unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Karen M. Lewis, Debtor requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,250.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from December 22, 2016 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated: July 19, 2017        Elizabeth C. Berg, as trustee of the estate of
                            Karen M. Lewis, debtor

                            By:    /s/ Elizabeth C. Berg, as Trustee
                                   Elizabeth C. Berg

Elizabeth C. Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

4

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

July 17, 2017
Invoice No:   02869

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Lewis, Karen - TR Matters*

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/30/2017 | ECB | Review notes from 341 meeting (.1) Indepth review of petition, paystubs and tax returns to determine identity and extent of unencumbered assets, including potential income tax refunds (.9) | 1.00 $325.00/hr | $325.00 |
| 1/31/2017 | ECB | Review Divorce decree and marital settlement agmt (.3) Memo to file re unencumbered assets (.1) Formulate offer to Debtor (.1) TC to Ds counsel re same (.1) | 0.60 $325.00/hr | $195.00 |
| 2/01/2017 | ECB | TC with Linda Holzrichter re equity in assets for administration and make offer to sell back same to Debtor | 0.20 $325.00/hr | $65.00 |
| 2/20/2017 | ECB | Review debtor's affidavit and Rebuttal of Presumption of Abuse | 0.20 $325.00/hr | $65.00 |
| 3/03/2017 | JMM | Draft Tax Return Intercept Letter for submission to IRS (1.0) | 1.00 $185.00/hr | $185.00 |
| 3/07/2017 | JMM | Edit Income Tax Refund Request for submission to IRS re: turnover of debtor's refund | 0.30 $185.00/hr | $55.50 |

**Baldi Berg, Ltd**     7/17/2017

Lewis, Karen - TR Matters     Page 2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/30/2017 | ECB | Meet with JDL re status of case and next steps (.3) TC to divorce counsel for Debtor's ex-husband (.1) Review and approve demand for turnover of non-exempt bank account balance and other POE (.1) | 0.50 $325.00/ hr | $162.50 |
| 4/18/2017 | ECB | Review and accept Debtor's offer to settle; Email counsel JDL re same | 0.20 $325.00/ hr | $65.00 |
| 4/27/2017 | JMM | Obtain EIN from IRS (.1), Open new bank account and deposit check into IQ7 (.1), Deposit check into bank via scanner (.1) | 0.30 $185.00/ hr | $55.50 |
| 5/08/2017 | ECB | Open, review and approve April 2017 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 5/09/2017 | ECB | Corres to Ds counsel re delivery of fed income tax refund check (.2) email to LH re same (.1) | 0.10 $325.00/ hr | $32.50 |
| 5/09/2017 | ECB | Proof and approve Motion to Settle with debtor | 0.20 $325.00/ hr | $65.00 |
| 5/09/2017 | JMM | Process April 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20 $185.00/ hr | $37.00 |
| 6/12/2017 | ECB | Open, review and approve May 2017 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 6/12/2017 | JMM | Process May 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20 $185.00/ hr | $37.00 |
| 6/21/2017 | JMM | Review timesheets for both TR and Gen Administration in prep of TFR (.6), Begin drafting Trustee's Fee Application (.9) | 1.50 $185.00/ hr | $277.50 |
| 6/26/2017 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order, affidavit (.3), Prepare TFR (.9) and NFR (.3) | 2.70 $185.00/ hr | $499.50 |

**Baldi Berg, Ltd**                                                                7/17/2017

Lewis, Karen - TR Matters                                                  Page    3

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/26/2017 | JMM | Review case file for information needed to prepare TFR and related documents (.5); Review assets and claims and update IQ7 with information needed to prepare TFR and NFR (.4) | 0.90<br>$185.00/ hr | $166.50 |
| 6/30/2017 | ECB | Perform 3Q review of case status and update data base | 0.20<br>$325.00/ hr | $65.00 |
| 7/07/2017 | JMM | Draft Trustee's Report of Sale (.7) | 0.70<br>$185.00/ hr | $129.50 |
| 7/11/2017 | ECB | Open, review and approve June '17 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/12/2017 | JMM | Process June 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$185.00/ hr | $37.00 |

|  |  |
|---|---|
| Total Fees | $2,617.50 |
| Total New Charges | $2,617.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,617.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.50 | $325.00 |
| Jason M Manola | 8.00 | $185.00 |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Karen M. Lewis, | ) | Case No. 16-40206 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.  I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.  I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3.  I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered or expense reimbursement for expenses incurred in connection with this case.

4.  Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on July 19th, 2017

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**