UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   16-40206 |
| Lewis, Karen M | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

> 11:00 a.m. on Friday, September 8, 2017
> in Courtroom 240 of the Kane County Courthouse
> 100 South Third Street, Geneva, Illinois 60134

Date Mailed:  08/07/2017              By :  Jeffrey P. Allsteadt
                                            Clerk of the Court

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

UST Form 101-7-NFR (10/1/2010)(Page 1 )

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Lewis, Karen M § Case No. 16-40206
§
§
§
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 15.00 |
| leaving a balance on hand of: | $ | 4,985.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 1,500.00 | $ 0.00 | $ 1,500.00 |

Total to be paid for chapter 7 administrative expenses  $ 2,750.00
Remaining Balance  $ 2,235.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)(Page 2 )

Timely claims of general (unsecured) creditors totaling $12,687.17 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | MIDLAND FUNDING LLC Midland | $ 12,687.17 | $ 0.00 | $ 2,235.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,235.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:   /s/ Elizabeth C. Berg
                     Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Karen M Lewis  
    Debtor

Case No. 16-40206-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 1     Date Rcvd: Aug 09, 2017  
                       Form ID: pdf006     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.  
db          +Karen M Lewis,    3103 Riverbirch Drive, Apt. 207,    Aurora, IL 60502-7142  
25539038       +MIDLAND FUNDING LLC,    Midland Credit Management, Inc as agent,    PO Box 2011,  
               Warren, MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:  
         Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,  
         eberg@iq7technology.com,jmanola@baldiberg.com  
         Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@iq7technology.com,jmanola@baldiberg.com  
         Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,  
         eberg@iq7technology.com,jmanola@baldiberg.com  
         Linda M Holzrichter    on behalf of Debtor 1 Karen M Lewis holzrichterlaw@sbcglobal.net  
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                      TOTAL: 5