UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Lewis, Karen M | § | Case No. 16-40206 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,800.00 (Without deducting any secured claims) | Assets Exempt: $462,291.74 |
| Total Distributions to Claimants: $2,235.00 | Claims Discharged Without Payment: $24,241.17 |
| Total Expenses of Administration: $2,765.00 | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,700.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,765.00 | $2,765.00 | $2,765.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $26,820.12 | $12,687.17 | $12,687.17 | $2,235.00 |
| **TOTAL DISBURSEMENTS** | $28,520.12 | $15,452.17 | $15,452.17 | $5,000.00 |

4) This case was originally filed under chapter 7 on 12/22/2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    10/06/2017                             By :    /s/ Elizabeth C Berg
                                                                  Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2016 tax refund (return not filed) (estimated $2,000) Federal | 1124-000 | $2,000.00 |
| Checking account with Chase Bank ($200 average balance) | 1129-000 | $200.00 |
| 2012 Mazda 3 | 1129-000 | $500.00 |
| Property settlement owing from former spouse, remaining balance | 1129-000 | $2,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto | | $1,700.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$1,700.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Texas Capital Bank | 2600-000 | NA | $15.00 | $15.00 | $15.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,765.00** | **$2,765.00** | **$2,765.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | MIDLAND FUNDING LLC Midland | 7100-000 | $13,031.12 | $12,687.17 | $12,687.17 | $2,235.00 |
| | Portfolio Recovery | | $13,741.00 | NA | NA | $0.00 |
| | System, Inc. (Steven Tempel | | $48.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $26,820.12 | $12,687.17 | $12,687.17 | $2,235.00 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-40206  
Case Name: Lewis, Karen M  
For Period Ending: 10/06/2017  

Judge: Janet S. Baer  

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 12/22/2016 (f)  
341(a) Meeting Date: 01/23/2017  
Claims Bar Date: 05/11/2017  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Chase Bank ($200 average balance) | 200.00 | 200.00 | | 200.00 | FA |
| 4. 401(k) J.P. Morgan through employer; not property of estate | 109,130.58 | 0.00 | | 0.00 | FA |
| 5. IRA eTrade Securities; not propety of estate | 41,000.00 | 0.00 | | 0.00 | FA |
| 6. Security deposit with landlord, approximately | 600.00 | 0.00 | | 0.00 | FA |
| 7. 2016 tax refund (return not filed) (estimated $2,000) Federal | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 8. Joint savings account with ex-spouse with Chase Bank for receiving child support payments (current balance approx. $5,500; $2,500 average balance; child support terminates July 2017) | 5,500.00 | 0.00 | | 0.00 | FA |
| 9. 2012 Mazda 3 | 8,000.00 | 500.00 | | 500.00 | FA |
| 10. Property settlement owing from former spouse, remaining balance owed | 7,950.00 | 2,300.00 | | 2,300.00 | FA |
| 11. Term life insurance policy through employer, no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Older furniture, three older flatscreen TVs, laptap computer, printer | 1,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 5)                                                                                                    Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-40206 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Lewis, Karen M | | Date Filed (f) or Converted (c): 12/22/2016 (f) |
| | | 341(a) Meeting Date: 01/23/2017 |
| For Period Ending: 10/06/2017 | | Claims Bar Date: 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 175,580.58 | 5,000.00 | | 5,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Re: Prop. #3 - Received funds per Court Order [Dkt. 28]
Re: Prop. #7 - Received funds per Court Order [Dkt. 28]
Re: Prop. #9 - Received funds per Court Order [Dkt. 28]
Re: Prop. #10 - Received funds per Court Order [Dkt. 28}

September 28, 2017: The Trustee's Final Report was approved by the Court on September 10, 2017. Thereafter, Trustee disbursed funds and is in the process of filing her Trustee's Distribution Report.

July 11, 2017: Trustee investigated the estate's interest in the Debtor's 2016 income tax refund, a property settlement owing from the debtor's ex-husband per marital settlement agreement and non-exempt equity in the Debtor's vehicle and bank account ("Property"). Trustee researched whether the estate held an interest in the debtor's property settlement. Thereafter, Trustee investigated the value of the non-exempt equity in Debtor's car, bank account and tax refund. Trustee also negotiated a settlement with the debtor for the estate's interest in the Property. Trustee prepared and presented her Motion to Approve the Settlement and received $5,000.00 from the Debtor. Trustee is in the process of submitting her Final Report to the UST for approval.

Initial Projected Date of Final Report(TFR) : 12/31/2017     Current Projected Date of Final Report(TFR) : 09/30/2017

| Trustee's Signature | /s/Elizabeth C Berg | Date: 10/06/2017 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-40206 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lewis, Karen M | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5278 Checking Account |
| Taxpayer ID No: | **-***8521 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/6/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2017 | | Karen M. Lewis<br>3103 Riverbirch Dr Apt 207<br>Aurora, IL 60502 | Settlement of Non-exempt Equity in Various Assets | | 5,000.00 | | 5,000.00 |
| | [7] | | 2,000.00 | 1124-000 | | | |
| | [3] | | 200.00 | 1129-000 | | | |
| | [9] | | 500.00 | 1129-000 | | | |
| | [10] | | 2,300.00 | 1129-000 | | | |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,985.00 |
| 09/11/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Final Compensation | 2100-000 | | 1,250.00 | 3,735.00 |
| 09/11/2017 | 51002 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago , IL 60602 | TRs Attorneys Final Compensation | 3110-000 | | 1,500.00 | 2,235.00 |
| 09/11/2017 | 51003 | MIDLAND FUNDING LLC Midland Credit Management, Inc as agent<br>PO Box 2011<br>Warren, MI 48090 | Disb of 17.62% to Claim #00001 | 7100-000 | | 2,235.00 | 0.00 |
| | | | | Page Subtotals | 5,000.00 | 5,000.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-40206 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Lewis, Karen M | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5278 Checking Account |
| Taxpayer ID No: | **-***8521 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/6/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 5,000.00 | 5,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 5,000.00 | 5,000.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 5,000.00 | 5,000.00 |

| All Accounts Gross Receipts: | 5,000.00 |
| --- | --- |
| All Accounts Gross Disbursements: | 5,000.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******5278 Checking Account | 5,000.00 | 5,000.00 | |
| **Net Totals** | 5,000.00 | 5,000.00 | 0.00 |